United States District Court
Southern District of Ohio
Western Division

FILED
KENNETH J. MURPHY
CLERK

03 SEP 22 PM 1:16

John L. Barnes, A336955
Plaintiff

vs-

Mathew Thomas, et. al
Defendants

CASE NO. C-1-02-101

JUDGE: SPIEGEL
MAGISTRATE JUDGE: SHERMAN

## Plaintiffs Motion of Objection to Defendants Motion to Stay Reply

Now come Plaintiff pro-se, by and through without counsel, and move the Court to Deny Defendants motion to Stay Reply.

The Reasons are stated within the attached memorandum.

Respectfully submitted

John P. Barnes
Plaintiff pro-se
P.O Box 120
Lebanon, Ohio. 45036

Date: 9/17/03

## MEMORANDUM

Defendants Aren't Asking This Court for A Motion to Stay Reply to Plaintiffs Opposition to Defendants motion for Summary Judgment, because The Plaintiff isn't Diligently Pursuing said Lawsuit.

Defendants Are seeking A Stay to Reply in Response to This Courts issue OF A show Cause Order (Doc. 53) when Defendants Admit in Their own memorandum That Plaintiff Responded Timely to the Magistrate Judge Order Of July 29, 2003 (Doc. 54)

Plaintiff is filling said Lawsuit pro-se. Everything is and has been filed to the best Of Plaintiffs limited knowledge OF Fedreal Rules OF Civil procedure And because Defendants Are trying to Play upon Plaintiffs limited knowledge OF Civil procedure in A pro-se Lawsuit is An abuse OF this Courts Time

So, for the Above mentioned cause this Court should not grant Defendants Motion to Stay Reply.

Respectfully Submitted
John L. Barnes 336955
Po Box 120
Lebanon, Ohio. 45036

## Certificate Of Service

I hereby certify that a copy of the foregoing was forwarded to Defendants Counsel Ms. Pressman, Assistant Attorney General 1600 Carew Tower, 441 Vine Street Cincinnati, Ohio. 45202. by Regular U.S. mail on this 17th day of September, 2003

John A. Barnes
A336955
P. O Box 120
Lebanon, Ohio. 45036
Plaintiff pro-se