| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J. Nuenlee_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): James Nuenke<br>C. Date of Delivery: 11/26/03 |
| 1. Article Addressed to:<br>John L. Barnes # 336-455<br>Warren Corr. Inst.<br>P.O. Box 120<br>Lebanon, Ohio 45036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6348 9329 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509