**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-02-101
DOC 64   12/17/03

Sent To: JOHN L. BARNES 336-955
Street, Apt. No.; or PO Box No.: W.C.I. P.O. BOX 120
City, State, ZIP+4: LEBANON, OH 45036

7001 2510 0008 6349 5726