AO 456s (Rev. 8/01)  Notice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

　　　　　　　　　　　　　　　　　　　　　　　Case Number:   1:02-cv-00101

　　　　V.

MICHAEL THOMAS, et al,　　　　　　　　　　　Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
|  | DATE AND TIME<br>JANUARY 15, 2004 at 10:00 AM |

*Plaintiff to appear by telephone.

　　　　　　　　　　　　　　　　　　　　　　　JAMES BONINI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　　Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　　　　　　　(513) 564-7620

cc: John L. Barnes (Pro Se)　　Marianne Pressman, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.