IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

JUDGE SPEIGEL

: Case No.: Case No.C-1-02-101
:
John Lamar Barnes, #336-955,        : MOTION REQUESTING SUBPOENA
:
          Plaintiff,                :
:
     vs.                            :
:
Matthew Thomas, et al.,             :
:
          Defendant

TO THE CLERK OF COURTS:

Motion requesting subpoena of medical records from the Ohio State University

Medical Center located in Columbus Ohio.

Respectfully,

John Lamar Barnes #336-955

Pro, Se

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was forwarded to Assistant Attorney General Marianne Pressman, Corrections Litigation Section, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202-3497, by regular U.S. mail on this day _29th_ of December, 2003.

John L. Barnes #336-955
Pro Se,
P.O. Box 120  5787 St.Rte 63
Warren Correction Facility
Lebanon, Ohio  45036-0120