IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

John Lamar Barnes, #336-955,

    Plaintiff,

vs.

Matthew Thomas, et al.,

    Defendant

JUDGE SPEIGEL

Case No.: Case No.C-1-02-101

MOTION REQUESTING SUBPOENA

FILED JAMES BONINI CLERK
2004 JAN -5 PM 1:35
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

    Now comes John Lamar Barnes, Plaintiff, Pro Se, requesting this Honorable Court to serve Subpoena upon the Ohio State University Medical Center records office (Pain Clinic).

    Reasons are setforth in attached memorandum in support.

Humbly Submitted,

*John L. Barnes*
John L. Barnes #336-955
Plaintiff, Pro Se

## MEMORANDUM IN SUPPORT

Requesting medical records from the Ohio State University Medical Center's Pain Clinic. Located at 55 West 12th Street in Columbus Ohio 43210-1391.

The reason for this request is on or about April 16th, 2003, Plaintiff, John Lamar Barnes received post-op surgery on his left wrist concerning case no. C-1-02-101. For reasons unknown the Medical report was omitted from the file concerning diagnosis and prognosis of said Plaintiff, John Lamar Barnes, prior to discovery.

After several failed attempts to contact the Ohio State University Medical Records department I am requesting the aid and assistance of this Honorable Court in the above captioned case of great importance.

I pray this request will be granted in order that I may proceed with litigation of this matter deemed highly imperative. I seek succor.

Humbly submitted,

*John L. Barnes*
John L. Barnes, #336-955
P.O. Box 120 5787 St. Rt 63
Lebanon, Ohio 45036-0120

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was forwarded to Assistant Attorney General Marianne Pressman, Corrections Litigation Section, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202-3497, via regular U.S. mail on this day 29th of December, 2003.

John L. Barnes    #336-955
Pro se,
P.O. Box 120   5787 St Rte 63
Warren Correction Facility
Lebanon, Ohio   45036-0120