IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN LAMAR BARNES,** | : | CASE NO. C-1-02-101 |
| | : | |
| Plaintiff, | : | JUDGE SPIEGEL |
| v. | : | |
| | : | |
| **MATTHEW THOMAS,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Defendant Matthew Thomas, hereby give notice of the appearance of Assistant Attorney General Scott M. Campbell, as co-counsel to Assistant Attorney General Marianne Pressman. Assistant Attorney General Scott Campbell's address and telephone number are set forth below. This Notice of Appearance of Co-Counsel is effective immediately.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

S/Scott M. Campbell
SCOTT M. CAMPBELL (0071056)
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-6001
(614) 644-7233
scampbell@ag.state.oh.us

Co-counsel for Defendant Thomas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE OF CO-COUNSEL** was served upon Plaintiff, John Lamar Barnes, #336-955, Warren Correctional Institution, P.O. Box 120, Lebanon, Ohio 45036, on the 14th day of January 2004, via regular United States Mail.

                                         S/Scott M. Campbell
                                         SCOTT M. CAMPBELL
                                         Assistant Attorney General