```
          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF OHIO
               WESTERN DIVISION
```

JOHN L. BARNES,             :    NO. 1:02-CV-00101
                            :
    Plaintiff,            :
                            :    **ORDER**
  v.                        :
                            :
                            :
MICHAEL THOMAS,             :
                            :
    Defendant.            :

The parties met before the Court on January 15, 2004 for a status conference. At such conference the Court determined that this matter should be continued for a brief period in order to allow the completion of discovery.

Accordingly, the Court CONTINUES this matter until March 30, 2004, at which time it SCHEDULES a status conference at 2:00 p.m.

    SO ORDERED.

Dated: January 27, 2004          /s/ S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge