AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JOHN L. BARNES,

                V.

MICHAEL THOMAS, et al,

Case Number:   1:02-cv-00101

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 (Plaintiff to Appear by Telephone)<br>**DATE AND TIME**<br>MARCH 30, 2004 at 2:00 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: John Barnes (Pro Se)    Marianne Pressman, Esq.    Scott Campbell, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.