

**STATE OF OHIO**
**OFFICE OF THE ATTORNEY GENERAL**
JIM PETRO, ATTORNEY GENERAL

441 Vine St.
1600 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 852-3497
Facsimile: (513) 852-3484
www.ag.state.oh.us

January 15, 2004

John Lamar Barnes, #336-955
Warren Correctional Institution
P.O. Box 120
Lebanon, Ohio 45036

Re: John Lamar Barnes v. Matthew Thomas, et al.
Case No. C-1-02-101

Dear Mr. Barnes:

Enclosed is the medical file I received recently regarding your nerve procedure done in April, 2003.

Sincerely,

JIM PETRO
Attorney General of Ohio

*Marianne Pressman/cms*
MARIANNE PRESSMAN
Assistant Attorney General
Corrections Litigation Section

MKP/cms
Enclosure



DEFENDANT'S EXHIBIT A