UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Lamar Barnes,
    Plaintiff

                          Case No. C-1-02-101

vs

Ohio Dept. of Rehabilitation         **ORDER**
and Correction, et al.,              (Spiegel, J.; Perelman, M.J.)
    Defendants

    This matter is before the Court on plaintiff's motions for subpoena (Docs. 67, 68), and defendants' response thereto. (Doc. 73).

    Plaintiff states he received medical treatment for his left wrist in April 2003 at the Ohio State University Medical Center's Pain Clinic. On January 5, 2004, plaintiff filed motions seeking assistance in obtaining copies of his medical records for such treatment. Counsel for defendant states that upon learning such treatment records were not in plaintiff's institutional medical file, she requested and obtained the documents in question. The requested documents were then sent to plaintiff on January 15, 2004. (Doc. 73, Exh. A). Accordingly, plaintiff's motions are **DENIED** as moot. (Docs. 67, 68).

    **IT IS SO ORDERED.**

Date: 2/23/2004                              s/David S. Perelman
                                              David S. Perelman
                                              United States Magistrate Judge