UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,               :     NO. 1:02-CV-00101
                              :
          Plaintiff,          :
                              :     **ORDER**
     v.                       :
                              :
MICHAEL THOMAS,               :
                              :
          Defendant.          :


     The parties met before the Court on March 30, 2004, for
a status conference in this matter.  Plaintiff, who is representing
himself pro se, was present by telephone.

     The Court discussed this matter with the parties and has
determined that discovery is complete, and factual issues exist
precluding the filing of dispositive motions.  This matter is
therefore in a posture to proceed to trial.  However, as Plaintiff
expressed that he will be undergoing surgery within the next ten
days, the Court finds it appropriate to briefly continue this
matter so as to allow Plaintiff to adequately recover and prepare
for trial. Accordingly, the Court CONTINUES this matter until 3:00
p.m. on May 27, 2004, at which time the Court SETS the Final
Pretrial Conference.  The Court further SCHEDULES the three-day
jury trial to commence June 8, 2004.

          SO ORDERED.

Dated: March 30, 2004          s/S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge