```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| JOHN L. BARNES, | : | NO. 1:02-CV-00101 |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| MICHAEL THOMAS, | : | |
| Defendant. | : | |

Counsel for Defendant has informed the Court of a need to reschedule the Final Pretrial Conference and Trial in this matter, in order to accommodate a conflict in her schedule.

Having reviewed this matter, the Court finds that neither party is prejudiced by a brief continuance. Indeed, a brief continuance may even facilitate Plaintiff's preparation of his case, as he is proceeding <u>pro se</u>.

Accordingly the Court VACATES the dates set in its March 31, 2004 Order (doc. 77), and RESCHEDULES the Final Pretrial Conference for 9:00 A.M. on June 2, 2004, and the four-day jury Trial to June 22, 2004.

SO ORDERED.

Dated: April 1, 2004            <u>s/S. Arthur Spiegel</u>
                                S. Arthur Spiegel
                                United States Senior District Judge