4-9-04

JOHN LAMAR BARNES
  PLAINTIFF
    VS.                    CASE NO. C-1-02-101
MATTHEW THOMAS
  DEFENDANT

HONORABLE JUDGE SPIEGEL,
                THE CONTENTS OF THIS LETTER ARE IN REFERENCE TO AN ENDEAVOR TO A SETTLEMENT... THE ATTORNEY GENERAL'S OFFICE HAS RECEIVED A COPY OF THE LETTER ENCLOSED...

                    HUMBLY SUBMITTED
                    John L. Barnes #336955

4-9-04

JOHN L. BARNES #336955
BOX 120 - W.C.I.
LEBANON OHIO 45036

MS. PRESSMAN,

INITIALLY ON JANUARY 30, 2004 DURING OUR STATUS CONFERENCE I MADE AN OFFER OF $50,000.00, WELL BELOW THE FIRST 2.5 MILLION SOUGHT AFTER... YOUR OFFICE REJECTED MY OFFER ON JANUARY 30, 2004... AT OUR LAST STATUS CONFERENCE ON MARCH 31, 2004 DEFENDANTS CAME WITH AN OFFER IN WHICH I IN RETURN REJECTED, DUE TO THE FACT OF THE SEVERITY OF MY INJURY... WE NEED NOT BE COY ABOUT THE MATTER, I WILL HAVE TO LIVE WITH THE INJURY & RECEIVE TREATMENT & THERAPY FOR THE REMAINDER OF MY LIFE... DOCTORS HAVE CONFIRMED THAT EVENTUALLY THE INJURY WILL EVOLVE INTO OSTEOPOROSIS...

I WENT TO A SECOND SURGERY ON APRIL 2, 2004 FOR THE INJURY INFLICTED BY MATTHEW THOMAS... I AM NOW MAKING A REASONABLE OFFER TO BRING CLOSURE TO THIS CASE & THAT OFFER WILL FALL BETWEEN THE RANGE OF $14,000.00 TO $18,000.00... I DEEM IT IMPERATIVE TO REITERATE THAT THE INJURY I SUSTAINED IS FOR LIFE... A COPY OF THIS LETTER WILL BE FORWARDED TO THE COURTS TO BE ON RECORD... YOUR OFFICE HAS 10 WORKING DAYS FROM THE TIME UPON WHICH YOU RECEIVE THIS LETTER TO RENDER A REPLY.

John L. Barnes #336955
CASE NO: C-1-02-101