AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JOHN L. BARNES,

                Case Number: 1:02-cv-00101

    V.

MICHAEL THOMAS, et al,         Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | JUNE 2, 2004 at 9:00 AM |

SPECIAL INSTRUCTIONS:

                                      JAMES BONINI, CLERK

                                      s/Kevin Moser
                                      Kevin Moser
                                      Case Manager
                                      (513) 564-7620

cc: John Barnes (Pro Se)    Warden, Warren Corr Inst.    Marianne Pressman, Esq.    Scott Campbell, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                              www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.