# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

John L. Barnes,

       Plaintiff,                  Civil Action No. C-1-02-101

       vs.

Michael Thomas,                 **ORDER**
       Defendant.           (Spiegel, J.; Black, M.J.)

      Plaintiff has been granted leave to commence this civil action in forma pauperis.

      The Court has requested Derek Farmer, Esq. to act as counsel for plaintiff. He has agreed to represent plaintiff in this action, and understands that there will be no compensation for services or reimbursement for expenses, unless at a later stage of this proceeding the Court should determine that an award of attorney fees to plaintiff's counsel is warranted. The Court expresses no opinion as to the likelihood that such an award would be made in this case since it is dependent upon the outcome of the case. It is therefore **ORDERED** that Derek Farmer, Esq. is appointed to represent plaintiff in all proceedings in this lawsuit.

      This Order does not require Mr. Farmer to represent plaintiff on any appeal that may arise from the proceedings in this case.


Date: 5/27/2004                        s/Timothy S. Black
                                              Timothy S. Black
                                              United States Magistrate Judge