| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Craig J Harper<br>C. Date of Delivery: 6/01/04<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>John L. Barnes<br>#336-955<br>Warren Correctional<br>P.O. Box 120<br>Lebanon, Ohio 45036 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7003 2260 0002 6723 3364 | |
| PS Form 3811, August 2001  Domestic Return Receipt | 102595-02-M-1540 |

SAS Doc. 82  02-101