```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

JOHN L. BARNES,               :    NO. 1:02-CV-00101
                              :
    Plaintiff,             :
                              :    **ORDER**
  v.                          :
                              :
MICHAEL THOMAS,               :
                              :
    Defendant.             :

The parties met before the Court on July 8, 2004, for a status conference in this matter. In accordance with its June 2, 2004 Order, the Court set a trial schedule, as indicated herein:

**I**
**PROCEEDINGS FOR TRIAL**

(A) Any motions will be filed by November 1, 2004. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court. Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B) Discovery will be completed by October 1, 2004. All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C) A final pretrial conference has been tentatively scheduled for January 25, 2005, at 2:00 P.M.

(D) Trial has been tentatively scheduled for March 8, 2005, on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E) This is expected to be a three-day jury trial.

(F) Proposed jury instructions are to be submitted

      three business days before the trial date.

(G)    Exhibits are to be submitted ten days prior to trial.

(H)    Any motions or entries for extensions of time must recite the final pretrial date and trial date.

## II
## ORDERING OF TRANSCRIPTS

Any request for daily copy of a trial should be made to Mary Ann Ranz, the Judge's Court Reporter, at the time of the final pretrial conference. Under no circumstances will the Judge allow a daily transcript or an over-night transcript if daily copy is not arranged in advance of trial.

## III
## STATUS REPORTS

It will not be necessary for counsel to advise the Court in writing on the status of this case.

## IV
## ADDITIONAL CONFERENCES

If the need for the Court's assistance arises, counsel may make a joint appointment for additional conferences.

## V
## TRANSFERRAL

In accordance with Western Division Rule No. 1 and Rule 53, Federal Rules of Civil Procedure, this matter may be transferred to the United States Magistrate Judge for disposition or for him to serve as Master.


      SO ORDERED.

Dated: July 14, 2004                <u>s/S. Arthur Spiegel</u>
                                     S. Arthur Spiegel
                                       United States Senior District Judge