UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

                Case Number: 1:02-cv-00101

    V.

MICHAEL THOMAS, et al,        Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the JURY TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | APRIL 5, 2005 at 9:30 AM |

SPECIAL INSTRUCTIONS:

  1.  THIS TRIAL IS EXPECTED TO LAST APPROXIMATELY THREE (3) DAYS.


                 JAMES BONINI, CLERK

                 s/Kevin Moser
                 Kevin Moser
                 Case Manager
                 (513) 564-7620

cc: Derek Farmer, Esq.  Marianne Pressman, Esq.  Scott Campbell, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.