IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

        Plaintiff.

-vs-

MATTHEW THOMAS,

        Defendant.

Case No. C-1-02-101

Judge Spiegel

NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that Attorney Derek A. Farmer's address is changed to:

    Derek A. Farmer
    Derek A. Farmer & Associates, Co., LPA
    630 Morrison Rd., Ste. 160
    Columbus, Ohio 43230

    (614) 759-0123

Respectfully submitted,
s/Derek A. Farmer_____
Derek A. Farmer (0071654)
Derek A. Farmer & Associates, Co., LPA
630 Morrison Rd., Ste. 160
Columbus, Ohio 43230

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail to all parties registered in above captioned case this 21st day of March 2005.

s/Derek A. Farmer_____
Derek A. Farmer