IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

        Plaintiff.

-vs-

MATTHEW THOMAS,

        Defendant.

Case No. C-1-02-101

Judge Spiegel

PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff move the Court, by and through counsel, to issue a Writ of Habeas Corpus Ad Testificandum to the Warden at the Southern Ohio Correctional Facility, Lucasville, Ohio to produce the body of Larry D. Fulford, #253-243, to appear before this Court on April 5, 2005 for trial.

        Respectfully submitted,

        s/Derek A. Farmer
        Derek A. Farmer
        Derek A. Farmer & Associates, Co., LPA
        630 Morrison Rd., Suite 160
        Columbus, Ohio 43230

        (614) 759-0123

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on Marianne Pressman, Assistant Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 21st day of March 2005.

        s/Derek A. Farmer
        Derek A. Farmer