IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

        Plaintiff.

-vs-

MATTHEW THOMAS,

        Defendant.

Case No. C-1-02-101

Judge Spiegel

PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    Plaintiff move the Court, by and through counsel, to issue a Writ of Habeas Corpus Ad Testificandum to the Warden at Warren Correctional Institution in Lebanon, Ohio to produce the body of John Barnes, 336-955, to appear before this Court on April 4, 5, and 6, 2005 for trial.

    Respectfully submitted,

    s/Derek A. Farmer
    Derek A. Farmer
    Derek A. Farmer & Associates, Co., LPA
    630 Morrison Rd., Suite 160
    Columbus, Ohio 43230

    (614) 759-0123

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was electronically served on Marianne Pressman, Assistant Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 21st day of March 2005.

    s/Derek A. Farmer
    Derek A. Farmer