IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES                          :
                                        :
              Plaintiff(s)              :
                                        :    Case No. 1:02-cv-00101
      v.                                :
                                        :    Senior District Judge S. Arthur Spiegel
MATTHEW THOMAS, et al                   :
                                        :
              Defendant(s)              :

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:    United States Marshal          Warden
       Southern District of Ohio      Southern Ohio Correctional Facility, Lucasville, OH

      You are commanded to have the person of LARRY D. FULFORD (253-243), a witness in

this cause, currently restrained in your custody, conveyed under safe and secure conduct, to appear

before this Court at the Potter Stewart United States Courthouse, **on or before April 5, 2005 at 9:30**

**AM** and to return said witness to the place from which said witness has appeared at the conclusion

of each days proceedings in the above-captioned case, continuing thereafter day-to-day until there

being no further orders of this Court to the contrary.

      You are further commanded after the conclusion of all proceedings herein, to return him

under safe and secure conduct to  the above said place where he was originally detained.

                                        S. Arthur Spiegel
                                        United States Senior District Judge