IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES              :
                            :
        Plaintiff(s)         :
                            :  Case No. 1:02-cv-00101
    v.                       :
                            :  Senior District Judge S. Arthur Spiegel
MATTHEW THOMAS, et al.       :
                            :
        Defendant(s)         :

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   United States Marshal            Warden
      Southern District of Ohio        Warren Correctional Institution, Lebanon, OH

You are commanded to have the person of JOHN L. BARNES (336-955), the plaintiff in this cause, currently restrained in your custody, conveyed under safe and secure conduct, to appear before this Court at the Potter Stewart United States Courthouse, **on or before April 5, 2005 at 9:30 AM** and to return said plaintiff to the place from which said plaintiff has appeared at the conclusion of each days proceedings in the above-captioned case, continuing thereafter day-to-day until there being no further orders of this Court to the contrary.

You are further commanded after the conclusion of all proceedings herein, to return him under safe and secure conduct to the above said place where he was originally detained.

*[signature]*
S. Arthur Spiegel
United States Senior District Judge