IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

        Plaintiff.

-vs-

MATTHEW THOMAS,

        Defendant.

Case No. C-1-02-101

Judge Spiegel

NOTICE OF FILING SUBPOENAS

Notice is hereby given that 3 subpoenas are filed in the above titled case.

Respectfully submitted,

s/Derek A. Farmer
Derek A. Farmer
Derek A. Farmer & Associates, Co., LPA
630 Morrison Rd., Suite 160
Columbus, Ohio 43230

(614) 759-0123

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on Marianne Pressman, Assistant Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 28th day of March 2005.

s/Derek A. Farmer
Derek A. Farmer