UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
JOHN L. BARNES,                    :
                                   :   NO. 1:02-CV-00101
        Plaintiff,                 :
                                   :   ORDER
                                   :
   v.                              :
                                   :
                                   :
MICHAEL THOMAS,                    :
                                   :
        Defendant.                 :
```

This matter is before the Court on the Plaintiff's Motion for Continuance (doc. 93). The Court held a Status Conference regarding this Motion on Thursday, March 31, 2005. In the interests of justice, the Court GRANTS Plaintiff's Motion. The Trial set to begin Tuesday, April 5, 2005 is hereby VACATED. Consequently, the Court RESETS a three-day Jury Trial for July 19, 2005 to begin at 9:30 A.M. Additionally, the Court ORDERS that Plaintiff procure a video deposition of Dr. Clinchot at the soonest possible date, but no later than Friday, April 15, 2005. Plaintiff must not delay in procuring this video deposition.

　　　　　SO ORDERED.


Dated: April 4, 2005            /s/ S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge