IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

      Plaintiff.

-vs-

MATTHEW THOMAS,

      Defendant.

Case No. C-1-02-101

Judge Spiegel

<u>PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

Plaintiff move the Court, by and through counsel, to issue a Writ of Habeas Corpus Ad Testificandum to the Warden at the Southern Ohio Correctional Facility, Lucasville, Ohio to produce the body of Larry D. Fulford, #253-243, to appear before this Court on May 25, 2005 for trial.

      Respectfully submitted,

      <u>s/Derek A. Farmer</u>
      Derek A. Farmer
      Derek A. Farmer & Associates, Co., LPA
      630 Morrison Rd., Suite 160
      Columbus, Ohio 43230

      (614) 759-0123

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was electronically served on Marianne Pressman, Assistant Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 13th day of May 2005.

      <u>s/Derek A. Farmer</u>
      Derek A. Farmer