IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN LARMAR BARNES,

        Plaintiff.

-vs-

MATTHEW THOMAS,

        Defendant.

Case No. C-1-02-101

Judge Spiegel

### NOTICE TO USE F.R.E. 404(B) EVIDENCE

Notice is hereby given that Plaintiff intends to use 404(B) evidence in conformity with the Federal Rules of Evidence concerning Defendant Matthew Thomas, and/or witnesses. It has been brought to Plaintiff's attention that Defendant Thomas and/or some listed witnesses have been involved in other bad acts.

    Respectfully submitted,

    s/Derek A. Farmer
    Derek A. Farmer
    Derek A. Farmer & Associates, Co., LPA
    630 Morrison Rd., Suite 160
    Columbus, Ohio 43230

    (614) 759-0123

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on Marianne Pressman, Assistant Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 20th day of May 2005.

    s/Derek A. Farmer
    Derek A. Farmer