UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

## CIVIL MINUTES

**JOHN L. BARNES**
-vs-                                    Civil Case No. 1:02cv101

**MICHAEL THOMAS, et al.**

**COURT PERSONNEL PRESENT:**

| | |
|---|---|
| Magistrate Judge: | Timothy S. Black |
| Law Clerk: | |
| Court Reporter: | Ace/Merit Reporting (Angie Fortune) |
| Courtroom Deputy: | Jan Lahley |

**PARTIES PRESENT:**

(Plaintiff counsel)    Derek Farmer
(Plaintiff counsel)

(Defendant counsel)   Marianne Pressman
(Defendant counsel)

**DOCKET ENTRY:**

Case called before Magistrate Judge for hearing on voir dire. Jury impaneled.

DATE:    5/23/05
TIME:    10:00 am — 12:45 pm