IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

    vs.                                        Case Number: 1:02-cv-00101

MICHAEL THOMAS, et al,

Minutes: Trial to Jury - Day 1 (9:30 AM - 4:45 PM)

Preliminary Jury Charge given.

Opening statements of Counsel heard

Plaintiff witnesses Called

Witnesses:

John L. Barnes
Mary Elizabeth Lilly
James Goodman
Larry Eugene Neff

Court recessed until 5/25/05 at 9:00 am.

Judge:            S. Arthur Spiegel

Courtroom Deputy:   Kevin Moser

Court Reporter:     Julie Wolfer, Official

Date:             May 24, 2005