IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

      vs.                                 Case Number: 1:02-cv-00101

MICHAEL THOMAS, et al,

Minutes: Trial to Jury - Day 2 (9:20 AM - 4:30 PM)

Plaintiff witnesses Concluded

Plaintiff rests.

Plaintiff's Exhibits A, A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, B, B-1, B-2, B-3, B-4, C, C-3, D, D-1 (Page 2 of Exh D), E and F are ADMITTED by the Court

Defendants' motion for Judgment as Matter of Law Pursuant to FRCP 50(a). Arguments heard. Motion denied

Defendant witnesses Called

Witnesses:

Plaintiff: Videotape Depo of Dr. Daniel Clinchnot

Defendant: Capt. Larry E. Neff
            C/O Chad E. Sharp
            C/O Eric Hill
            Paul B. Dunn (Correctional Prog. Coord., SOCF)
            C/O Matthew Thomas (Defendant)

Court in recess until 5/26/05 at 1:30 PM

Judge:               S. Arthur Spiegel

Courtroom Deputy:   Kevin Moser

Court Reporter:      Julie Wolfer, Official

Date:               May 25, 2005