IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

    vs.                                              Case Number: 1:02-cv-00101

MICHAEL THOMAS, et al,


Minutes: Trial to Jury - Day 3

Defendant witnesses Concluded

Defendants rest.

Closing Argument of counsel held.

Jury Charged.

Jury excused to begin deliberations at 5/27/05 at 9:00 am

Defendants' renew motion for Judgment as Matter of Law Pursuant to FRCP 50(a). Arguments heard. Motion denied.

Defendant's exhibits B, C, D (Pgs. 0004 and 0005), E, F, G, H, I, J, K (Page 1), N (Pgs 30-35), P, R (Pgs 12, 13, 15), S, T, Joint Exhibits I - VI, and Y are ADMITTED. Plaintiff moves for Exhibits G and H to be admitted; this is denied by the Court

Defendant Witnesses:
C/O Nedgra Chapman
Mona Parkes (Healthcare Administrator, SOCF)
James McWeeney (Chief Medical Officer, Warren Corr Inst)

Case recessed until 5/27/05 at 9:00 am


Judge:                  S. Arthur Spiegel

Courtroom Deputy:     Kevin Moser

Court Reporter:        Shandy Ehde (Draper & Oestreicher)

Date:                 May 26, 2005