IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,

    vs.                                    Case Number: 1:02-cv-00101

MICHAEL THOMAS, et al,

Minutes: Trial to Jury - Day 4

Jury deliberated from 9:00 AM to 1:15 PM and Returned with a verdict in favor of Defendant

Jury thanked by the Court for their service and excused

Judge:                S. Arthur Spiegel

Courtroom Deputy:    Kevin Moser

Court Reporter:       Julie Wolfer, Official

Date:                May 27, 2005