UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN LAMAR BARNES, | : | Case No. 1:02-cv-00101 |
| | : | |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| | : | |
| vs. | : | |
| | | |
| MICHAEL THOMAS, <u>et</u> <u>al</u>. | : | **ORDER** |
| Defendants, | : | |

Pursuant to the Jury Verdict entered May 27, 2005 (doc. 116), the Clerk is hereby ORDERED to enter judgment in favor of Defendant Michael Thomas and against Plaintiff John Lamar Barnes.  This case is hereby DISMISSED.

SO ORDERED.


Date: May 31, 2005     <u>s/S. Arthur Spiegel</u>
                       S. Arthur Spiegel
                       United States Senior District Judge