IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN L. BARNES, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00101 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MICHAEL THOMAS, et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . . that pursuant to the Jury Verdict (doc. 116), judgment is entered in favor of Defendant Michael Thomas and against Plaintiff John L. Barnes.


5/27/05                                                                                     James Bonini, Clerk


                                                                                            s/Kevin Moser
                                                                                            Kevin Moser
                                                                                            Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.