```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

JOHN LAMAR BARNES,

      Plaintiff

                                Case Number: 1:02-cv-00101

   vs.

MICHAEL THOMAS, et al.,        **ORDER**

      Defendants

Meals were provided for Jurors while deliberating in the above captioned case on May 27, 2005. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

    SO ORDERED.


DATE: May 31, 2005                  <u>s/S. Arthur Spiegel</u>
                                       S. Arthur Spiegel
                                       United States Senior District Judge