IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 SEP 15 AM 10: 07

| | |
|---|---|
| John L. Barnes, | ) Judge Arthur Spegial |
| Plaintiff, | ) Case No.: No. C-1-02-101 |
| vs. | ) PLAINTIFF'S MOTION FOR COPY OF ) TRIAL TRANSCRIPTS |
| Matthew Thomas, et al | ) |
| Defendant. | ) |

Now comes Plaintiff, John L. Barnes and request of this Honorable Court to grant Motion to release trial transcripts for Plaintiff's use. Transcripts to include all documents pertaining to trial statements and procedures and statement of facts of case number C-1-02-101.

Respectfully submitted,

*/s/ John L. Barnes*
John L. Barnes, Pro Se
#336-955, P.O. Box 120
Lebanon, Ohio  45036-0120

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS SENT TO THE UNITED STATES ASSISTANT ATTORNEY GENERAL MARIANNE PRESSMAN, CINCINNATI, OHIO VIA REGULAR U.S. MAIL ON THE  13  DAY OF SEPTEMBER 2005.

*/s/ John L. Barnes*
John L. Barnes, Plaintiff Pro Se