IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Affidavit of Indigency

Case No. C-1-02-101

**STATE OF OHIO**    }
                     }  §§:
**COUNTY OF WARREN** }

I, John L. Barnes, do hereby state that I am the affiant without the necessary funds to pay the court cost of attaining trial transcripts for the following reason(s):

a) I am a ward of the State of Ohio

b) As a ward of the State I have a limited income of $17.00 a month

c) That I was the plaintiff in the aboved caption case number and as such have a right to my trial transcripts.

d) That I am a Pro Se litigant and unable to afford legal counsel and a layman in the law and Rules and Procedures.

e) I am requesting pursuant to Procedures that I be entitled to civil trial transcripts of case number C-1-02-101.

*John L. Barnes*
Affiant

Sworn to, or affirmed, and subscribed in my presence this 12 day of Sept., 2005.

*Muriel D. Reine*
Notary Public

My Commission Expires: August 31, 2006

MURIEL D. REINE, Notary Public
In and for the State of Ohio
My Commission expires Aug. 31, 2008