```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

JOHN L. BARNES,                    :
                                   :  NO. 1:02-CV-00101
    Plaintiff,                     :
                                   :  **ORDER**
                                   :
  v.                               :
                                   :
                                   :
MATTHEW THOMAS, et al.,            :
                                   :
    Defendants.                    :

        This matter is before the Court on the pro se Plaintiff's Motion for Copy of Trial Transcripts (doc. 120). The Defendant has not filed a Response thereto. This matter was tried before a Jury and a verdict was returned in favor of the Defendants on May 27, 2005 (doc. 115). The Plaintiff did not file an appeal in accordance with the Federal Rules of Appellate Procedure - specifically rules 3 and 4, indicating the how and when an appeal of right must be taken. As Plaintiff has not filed a timely appeal, the Court is unclear as to why Plaintiff seeks a copy of the trial transcript. Without clear authority to Order the free issuance of a transcript and without a clear understanding as to why said transcript is desired, especially in light that Plaintiff's time to file an appeal has passed, the Court DENIES Plaintiff's Motion (doc. 120).

        SO ORDERED.

Dated: October 17, 2005        s/S. Arthur Spiegel
                                        S. Arthur Spiegel
                                        United States Senior District Judge