UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN L. BARNES,                  :

       Plaintiff,           :

                              :

    v.                          :       Case No.: 1:02-cv-00101

MICHAEL THOMAS,                 :

       Defendant.           :       **NOTICE**

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions and trial exhibits on file for this case, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed as waste within 20 days of the date of this notice if arrangements are not made to retrieve them.

                                 S. Arthur Spiegel
                                 United States Senior District Judge


                              By: s/Kevin Moser
                                 Kevin Moser
                                 Case Manager
                                 (513) 564-7620