## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JOHN L. BARNES, | : | |
| Plaintiff, | : | Case No.: 1:02-cv-00101 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL THOMAS, | : | **NOTICE** |
| Defendant. | : | |

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 122), the Depositions and Trial Exhibits filed in the case are hereby disposed of as waste on this date.  The time for counsel to retrieve these items has expired.

Date: November 21, 2005

S. Arthur Spiegel
United States Senior District Judge

By: s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620